# UNITED STATES DISTRICT COURT
# DISTRICT MINNESOTA

| | |
|---|---|
| ADELINA MONTES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about November 4, 2022, Adelina Montes ("Plaintiff") filed the Complaint in the County of Hennepin District Court ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2. Equifax was served with Plaintiff's Complaint on November 7, 2022. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B. GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court,

District of Minnesota has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, District of Minnesota because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the County of Hennepin District Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 5th day of December, 2022.

Respectfully submitted,

*/s/Jeremy Thompson*
Jeremy Thompson, MN Bar No.

2

0402173
Gordon Rees Scully Mansukhani, LLP
100 S. Fifth Street, Suite 1900
Minneapolis, MN 55402
Tel. (612) 351-5969
Fax (612) 426-4650
Email: jthompson@grsm.com
*Attorney for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that on December 5, 2022, a true and correct copy of the foregoing document has been filed with the Clerk of the Court which will send a notification to all counsel of record via U.S. Mail:

Catrina Smith (#0403229)
Madgett Law
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
*Counsel for Plaintiff*

                                               */s/Jeremy Thompson*
                                               Jeremy Thompson
                                               *Attorney for Defendant*
                                               *Equifax Information Services LLC*