# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Adelina Montes, | Case No. 22-CV-3031 (KMM/JFD) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| Equifax Information Services, LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on January 31, 2023 (ECF No. 11), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: February 1, 2023

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge